IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY T. PALMER, | No. CIV S-11-1786-KJM-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| WELLS FARGO, NA., | |
|     Defendant. | |
| _____/ | |

      Plaintiffs, proceeding in this action in propria persona, bring this civil action related to the foreclosure of her property.  This action was removed to this court from the Shasta County Superior Court on July 1, 2011.  Pending before the court is the defendants' motion to dismiss (Doc.46), currently set for hearing on August 31, 2011.  Plaintiff has not filed an opposition to the motion.

      Pursuant to Eastern District of California Local Rules, any opposition "to the granting of the motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed . . . hearing date."  See Local Rule 230(c).  The local rules further provide that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party."  Id.

Accordingly, and pursuant to Local Rule 230(g), the hearing scheduled for August 31, 2011, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs.

IT IS SO ORDERED.

DATED: August 26, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE