IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY T. PALMER,                              No. CIV S-11-1786-KJM-CMK

    Plaintiff,

  vs.                                                        ORDER

WELLS FARGO, NA.,

    Defendant.

_____/

       Plaintiffs, proceeding in this action in propria persona, bring this civil action related to the foreclosure of her property. This matter is set for an initial scheduling conference on December 1, 2011, before the undersigned in Redding, California. Also pending before the court is defendants' motion to dismiss. The court finds it appropriate to vacate the scheduling conference until the pending motion to dismiss has been resolved. Once the motion has been resolved, the court will reset a scheduling conference in this matter if appropriate.

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for
2  December 1, 2011, is vacated, to be reset following final resolution of the pending motion to
3  dismiss, if appropriate.
4
5  DATED: November 15, 2011
6
7  _____
   **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE